UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PENN NATIONAL INSURANCE COMPANY, INC. | : <br> : <br> : |
| Plaintiff, | : Civil Action No. <br> : 2:17-cv-08805-WHW-CLW <br> : |
| v. | : <br> : <br> : |
| JRG HOLDING, LLC., and JOHN GUAQUINTO | : <br> : <br> : |
| Defendants, | : |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without prejudice as to all claims, without costs against either party.

/s/ Lila Wynne
_____
LILA WYNNE, ESQUIRE
Marshall, Dennehey, Warner, Coleman & Goggin
15000 Midlantic Drive
Mount Laurel, NJ 08054
Attorneys for Plaintiff – Penn National Insurance Company, Inc.

IT IS SO ORDERED:
S/ William H. Walls, USDJ
_____
U.S.D.J.